ALASKA STATEHOOD ACT, JULY, 1958, P.L. 85-508 HR 7999 STAT 399
CONSTITUTION OF THE STATE OF ALASKA ARTICLE IV § 3 / COMMON LAW

UNITED STATES DISTRICT COURT
THIRD DISTRICT / 9th CIRCUIT

**RECEIVED JUN 02 2021**
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

NOTICE OF INTENT TO FILE SUIT/LEIN:

Petitioner/Claimant: Keen L.A. Smith Jr., Sui Juris/True & Proper Name

vs

DEFENDANTS/RESPONDANTS: Department of Public Safety, Department of Law, Alaska Court System, Department of Corrections, ~~[struck out]~~ Public Defender Agency

(*Suing in their personal compacity not in their professional compacity)

CAUSE OF ACTION: Constitutional Rights violation (Speedy trial), violation of due process, wrongful incarceration, Slander liabel

*All for one and one for all

RELIEF DEMANDED: Monetary Damages (TBD), release from custody, determination of procedures/interlockatory ~~judgement~~, ~~[struck out]~~ as identified.

JURY TRIAL DEMANDED!

By: Keen "Sean" L.A. Smith Jr.
AUTHORIZED REPRESENTATIVE
ALL RIGHTS RESERVED
WITHOUT RECOURSE/PREJUDICE
UCC1-207/1-308/3-402 (b)

Date Sent 5-29-2021 Mailed to United States District Court on 5-29-2021

*Copy Requested Please

Mr. Keen-"Sean" L. A. Smith Jr. #517850
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla, Alaska 99623

IND

NEOPOST
06/01/2021
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 99654
041M11450739

United States District Court
222 West Seventh Avenue
Room #229 / Suite #4
Anchorage, Alaska 99513

Case 3:21-cv-00137-RRB   Document 1   Filed 06/02/21   Page 2 of 2